IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| AYMAN SOLIMAN,<br><br>    Petitioner,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services;<br><br>DARICE I. ALVERTOS, in her official capacity as Director, Chicago Asylum Office, U.S. Citizenship and Immigration Services;<br><br>KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, U.S. Department of Homeland Security;<br><br>    Defendants. | **HEARING REQUESTED**<br><br>Case No.: 1:25-cv-510 |

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

Comes now, Plaintiff Ayman Soliman, by and through undersigned counsel, and hereby moves this Court for an order dismissing this civil action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In support of this motion, Petitioner states as follows:

1. This action was commenced as a civil action under the Administrative Procedures Act.

2. The underlying issues raised by this action have been resolved. Petitioner has been released from the custody of the Department of Homeland Security. Additionally, all removal proceedings against Petitioner have been dismissed, effective September 20,

1

2025.

3. Counsel for Petitioner has conferred with opposing counsel for all parties, who have stated no objection to this motion or to dismissal with prejudice.

4. No counterclaims have been asserted in this action that would preclude dismissal under Rule 41(a)(2).

5. Dismissal with prejudice will not prejudice any party, as the matter is otherwise resolved.

WHEREFORE, Petitioner respectfully requests that this Court enter an order dismissing this action with prejudice, with each party to bear its own costs and fees.

Date: September 19, 2025

Signed: _____
Robert A. Ratliff, Esq.
Brennan, Manna and Diamond, LLC
200 Public Square, Suite 1850
Cleveland, Ohio 44114
(216) 658-2323
raratliff@bmdllc.com
Attorney for Plaintiff Ayman Soliman

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 19th day of September 2025, I have caused to be served via email and first class, United States Mail a copy of this pleading with all exhibits to the United States Attorney's office for the Southern District of Ohio on behalf of the following Respondents, and separately to the Office of the Butler County Sheriff:

Signed: _____
Robert A. Ratliff, Esq.
Brennan, Manna and Diamond, LLC
200 Public Square, Suite 1850
Cleveland, Ohio 44114
(216) 658-2323

3